United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES EDWARD HICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-3802 |
| | § | |
| HOUSTON POLICE DEP'T, <u>et</u> <u>al.</u>, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order of even date, this case is **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas, on this **15th** day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE